WALTER R. RAWLIN, an Infant, etc., by ELIZABETH RAWLIN, His Guardian ad Litem, Respondent, v. ANDREW SAPAIGE, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of ANNA RENVALL, Respondent, v. D. C. SERBER, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

THORNTON D. ROBERTS, Appellant, v. ALPHONSO T. CLEARWATER, Respondent.— Motion denied, with ten dollars costs.

DOUGLAS ROBINSON, Appellant, v. ABBIE C. BELL, as Administratrix, etc., of HORACE S. BELL, Deceased, and Another, Respondents.— Motion denied, with ten dollars costs.

In the Matter of the Claim of LESTER L. ROBINSON, Respondent, v. OSCAR J. MAYER, Appellant, and Another. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed as to the appellant, with costs against the State Industrial Board, on the ground that the claimant was not an employee of the appellant. All concur.

PAUL R. RUBY, Respondent, v. GUSTAVE A. WOLF, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of MAYNARD RUSSELL, Respondent, v. INGERSOLL-RAND COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CARMELLO CALABRO SALVO, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

CHARLES W. SCHERMERHORN, Appellant, v. HENRY BACKUS, Respondent.— Judgment and order unanimously affirmed, with costs.

JENNIE E. SCHWARTZ, as Administratrix, etc., of JOHN H. SCHWARTZ, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with costs.

ANTONIO SERRA, Appellant, v. BOARD OF TRUSTEES OF SCHOOL DISTRICT No. 9 OF THE TOWN OF SAUGERTIES, ULSTER COUNTY, NEW YORK, and FRANK FERRARO and Others, as Trustees of Such District, Respondents.— Motion granted by default, without costs.

In the Matter of the Claim of LEONORA SHEARER and Others, Respondents, v. THE NIAGARA FALLS POWER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of PETER SIMON, Appellant, v. AMERICAN RAILWAY EXPRESS COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.